*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Earnestine Foster
    Debtor(s)                                          Case No: 09–15241–jkf
                                                                                          Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Jean K. FitzSimon

, United States Bankruptcy Court 11/12/09 at 09:30 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

                                                For The Court

                                                Timothy B. McGrath
                                                Clerk of Court